

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00211-CR

Elliott J. **FERGUSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR0763
Honorable Jennifer Peña, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 14, 2026.

_____
Adrian A. Spears II, Justice